**C. K. CHARLES, v. MARY W. WOOD, et al.**

10 So. (2nd) 431                                      Division B

November 13, 1942

Polhill & Simmons, for petitioner.

Edmund S. Whitson, for respondent.

PER CURIAM:

No error having been made clearly to appear the petition for certiorari to review orders entered in this cause is denied.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.